UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 11-14018-CR-GRAHAM

UNITED STATES OF AMERICA

       Plaintiff,

vs.

JUANA MENDEZ-DIAZ,

       Defendant.
_____/

### **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on August 30, 2011. A Report and Recommendation filed on September 2, 2011 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to the Count in the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of October, 2011.

                                  _____
                                  DONALD L. GRAHAM
                                  UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Theodore Cooperstein, AUSA
        Fletcher Peacock, AFPD